UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOWARD W., WENDY W., and KATHRYN H.-W.,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE HEALTH PLAN, and the SWEDISH HEALTH SERVICES EMPLOYEE BENEFITS PLAN, 519,<br><br>Defendants. | CASE NO. 2:21-CV-01346-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT |

This matter came upon Defendants Providence Health Plan and Swedish Health Services Employee Benefits Plan, 519's Unopposed Motion to Extend Deadline to Respond to Complaint. This Court, having reviewed the files and records herein, and finding good cause: HEREBY ORDERS that Defendants' Motion is GRANTED. Defendants shall respond to the Complaint by October 20, 2021.

IT IS SO ORDERED this 19th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND DEADLINE TO RESPOND TO
COMPLAINT - 1
CASE NO. 2:21-CV-01346-RSM
#5078203 v1 / 42700-046

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Presented by:
KARR TUTTLE CAMPBELL

*s/Medora A. Marisseau*
Medora A. Marisseau, WSBA No. 23114
Maria Y. Hodgins, WSBA No. 56924
701 Fifth Ave., Ste. 3300
Seattle, WA 98104
Phone: (206) 223-1313
Fax: (206) 682-7100
Email: mmarisseau@karrtuttle.com;
mhodgins@karruttle.com
*Attorneys for Defendants*
ORDER GRANTING UNOPPOSED MOTION TO
EXTEND DEADLINE TO RESPOND TO
COMPLAINT - 2
CASE NO. 2:21-CV-01346-RSM
#5078203 v1 / 42700-046

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100