HON. JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOWARD W., et al., <br><br> Plaintiffs <br><br> v. <br><br> PROVIDENCE HEALTH PLAN, et al., <br><br> Defendants. | No. 2:21-cv-01346-JHC <br><br> ORDER AMENDING ORDER SETTING TRIAL DATE AND RELATED DATES |

Based on the Plaintiffs' unopposed motion, it is hereby ORDERED that the following amendments to the Order Setting Trial Date and Related Dates, be made:

- Deadline to disclose expert testimony under FRCP 26(a)(2) is extended from June 8, 2022, to July 8, 2022.

IT IS SO ORDERED this __8th__ day of June, 2022

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER AMENDING ORDER SETTING
TRIAL DATE AND RELATED DATES - 1
Case No. 2:21-cv-01346-JHC

**SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC**
3101 Western Avenue, Suite 350
Seattle Washington 98121
TEL. (206) 223-0303 FAX. (206) 223-0246