1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

HOWARD W., WENDY W., and KATHRYN H.-
W.,

        Plaintiffs,

    v.

PROVIDENCE HEALTH PLAN, and the
SWEDISH HEALTH SERVICES EMPLOYEE
BENEFITS PLAN, 519,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:21-CV-01346-JHC

ORDER GRANTING STIPULATED
MOTION FOR LEAVE TO SEAL
ADMINISTRATIVE RECORD

NOTED ON MOTION CALENDAR:
August 25, 2022

This matter came upon the Parties' Stipulated Motion for Leave to Seal Administrative Record ("Motion"). This Court, having reviewed the files and records herein, and finding good cause: HEREBY ORDERS that the Motion is GRANTED. The administrative record and relevant sensitive documents shall be filed under seal; these documents are filed as Exhibits A and B to the Declaration of Ronni Nichuals in Support of Defendants' Motion for Summary Judgment and Alternative Motion to Remand to Plan Administrator.

///

///

///

ORDER GRANTING STIPULATED MOTION
TO FILE ADMINISTRATIVE RECORD UNDER
SEAL - 1 CASE NO. 2:21-CV-01346-JHC

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

#5089374 v1 / 42700-046
#5089374 v2 / 42700-046

1    IT IS SO ORDERED this 26th day of August 2022.

2

3

4                                  Honorable Judge H. Chun

5                                  United States District Judge

6   Presented by:

7   KARR TUTTLE CAMPBELL

8
    *s/Medora A. Marisseau*
9   Medora A. Marisseau, WSBA No. 23114
    Maria Y. Hodgins, WSBA No. 56924
10  701 Fifth Ave., Ste. 3300
    Seattle, WA  98104
11  Phone: (206) 223-1313
    Fax: (206) 682-7100
12  mmarisseau@karrtuttle.com
    mhodgins@karruttle.com
13  *Attorneys for Defendants*

14
    BRIAN S. KING PC
15
    *s/Brian S. King*
16  Brian S. King
    Brent J. Newton
17  420 E South Temple, Ste 420
    Salt Lake City, UT 84111
18  Phone: (801) 532-1739
    brian@briansking.com
19  brent@briansking.com

20  Eleanor Hamburger
    SIRIANNI YOUTZ SPOONEMORE HAMBURGER
21  3101 Western Avenue Ste 350
    Seattle, WA 98121
22  Phone: 206-223-0303
    Fax: 206-223-0246
23  Email: ehamburger@sylaw.com
    *Attorneys for Plaintiffs*

24

25

26

27  ORDER GRANTING STIPULATED MOTION TO
    FILE ADMINISTRATIVE RECORD UNDER SEAL
    - 2 CASE NO. 2:21-CV-01346-JHC

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Luci Brock, affirm and state that I am employed by Karr Tuttle Campbell in King County, |
| 3 | in the State of Washington. I am over the age of 18 and not a party to the within action. My business |
| 4 | address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98101. On this day, I caused a true and correct |
| 5 | copy of the foregoing document to be filed with the Court electronically. I caused the same to be |
| 6 | served on the parties listed below in the manner indicated. |

| | |
|---|---|
| Brian S. King, *pro hac vice* | ☐ Via U.S. Mail |
| Brent J. Newton, *pro hac vice pending* | ☐ Via Hand Delivery |
| BRIAN S. KING PC | ☒ Via Electronic Mail |
| 420 E South Temple, Ste 420 | ☐ Via Overnight Mail |
| Salt Lake City, UT 84111 | ☒ CM/ECF via court's website |
| Phone: (801) 532-1739 | |
| brian@brianslking.com | |
| brent@brianslking.com | |
| *Attorneys for Plaintiffs* | |

| | |
|---|---|
| Eleanor Hamburger | ☐ Via U.S. Mail |
| SIRIANNI YOUTZ SPOONEMORE HAMBURGER | ☐ Via Hand Delivery |
| 3101 Western Avenue Ste 350 | ☒ Via Electronic Mail |
| Seattle, WA 98121 | ☐ Via Overnight Mail |
| Phone: 206-223-0303 | ☒ CM/ECF via court's website |
| Fax: 206-223-0246 | |
| Email: ehamburger@sylaw.com | |
| *Attorneys for Plaintiffs* | |

| | |
|---|---|
| 17 | I declare under penalty of perjury under the laws of the State of Washington that the |
| 18 | foregoing is true and correct, to the best of my knowledge. |
| 19 | Executed on this 25th day of August 2022, at Seattle, Washington. |

*s/Luci Brock*
_____
Luci Brock
Litigation Legal Assistant

ORDER GRANTING STIPULATED MOTION
TO FILE ADMINISTRATIVE RECORD UNDER
SEAL - 3 CASE NO. 2:21-CV-01346-JHC

#5089374 v1 / 42700-046
#5089374 v2 / 42700-046

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100