HON. JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

HOWARD W., et al.,

Plaintiffs

v.

PROVIDENCE HEALTH PLAN, et al.,

Defendants.

No.  2:21-cv-01346-JHC

ORDER GRANTING PLAINTIFFS' MOTION TO FILE AN OVERLENGTH MOTION FOR SUMMARY JUDGMENT

Noting Date: September 6, 2022

This matter came upon the Plaintiffs' motion to file an overlength Motion for Summary Judgment (the "Motion"). This Court, having reviewed the Motion, and finding good cause:

HEREB ORDERS that the Motion is GRANTED. Plaintiffs may file their Motion for Summary Judgment overlength, totaling 52 pages.

IT IS SO ORDERED this 7th day of September, 2022

*John H. Chun*

John H. Chun
United States District Judge

Presented by:

*/s/ Brian S. King*
Brian S. King, UT #4610
420 E South Temple, Ste. 420
Salt Lake City, UT 84111
brian@briansking.com
*Attorney for Plaintiffs*

PLAINTIFFS' MOTION TO FILE OVERLENGTH MOTION FOR SUMMARY JUDGMENT - 1
Case No. 2:21-cv-01346-JHC

**BRIAN S. KING, P.C.**
420 E South Temple, Ste. 420
Salt Lake City, UT 84111
TEL. (801) 532-1739 FAX. (801) 532-1936