HON. JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOWARD W., et al., <br><br> Plaintiffs <br><br> v. <br><br> PROVIDENCE HEALTH PLAN, et al., <br><br> Defendants. | No.  2:21-cv-01346-JHC <br><br> ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER AND NOTING DATES |

Having received the parties' joint motion to amend the scheduling order and noting dates, and for good cause appearing, the Court grants the parties' motion. The scheduling order and calendared noting dates will be modified as follows:

- Plaintiffs' motion for summary judgment (ECF Doc. No. 51) is renoted for October 7, 2022.

- Plaintiffs' response to Defendants' motion for summary judgment (ECF Doc. No. 44) is now due on Friday, September 16, 2022.

- Defendants' reply to Plaintiffs' response to Defendants' motion will be due September 26, 2022. The Clerk is directed to renote Defendants' motion (ECF Doc. No. 44) to September 26, 2022.

Dated this 12th day of September, 2022.

_John H. Chun_
Honorable John H. Chun
United States District Judge

1