HON. JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOWARD W., et al., <br><br> Plaintiffs <br><br> v. <br><br> PROVIDENCE HEALTH PLAN, et al., <br><br> Defendants. | No. 2:21-cv-01346-JHC <br><br> ORDER GRANTING PLAINTIFFS' MOTION TO FILE AN OVERLENGTH REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT <br><br> Noting Date: September 6, 2022 |

   This matter came upon the Plaintiffs' motion to file an overlength Reply in support of their Motion for Summary Judgment (the "Motion"). This Court, having reviewed the Motion, and finding good cause: HEREBY ORDERS that the Motion is GRANTED. Plaintiffs may file their Reply in Support of their Motion for Summary Judgment overlength, totaling 20 pages. IT IS SO ORDERED this 11th day of October, 2022.

_____
Honorable John H. Chun
United States District Judge

Presented by:

*/s/ Brian S. King*
Brian S. King, UT #4610
420 E South Temple, Ste. 420
Salt Lake City, UT 84111
brian@briansking.com
*Attorney for Plaintiffs*

ORDER GRANTING PLAINTIFFS' MOTION TO FILE AN
OVERLENGTH REPLY IN SUPPORT OF THEIR MOTION
FOR SUMMARY JUDGMENT- 1
Case No. 2:21-cv-01346-JHC

**BRIAN S. KING, P.C.**
420 E South Temple, Ste. 420
Salt Lake City, UT 84111
TEL. (801) 532-1739 FAX. (801) 532-1936